IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JERRY WARD, | : | |
|     Petitioner | : | |
| | : | 1:12CV550 |
|     v. | : | 1:09CR406-1 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Respondent | : | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The Office of the Federal Public Defender hereby moves for an order allowing it leave to withdraw as counsel of record for the Petitioner. Review of the record reveals that the Petitioner's Motion under 28 U.S.C. § 2255 includes allegations of ineffective assistance of counsel by this office. *See* Doc. # 23, filed May 31, 2012. Without addressing the merits of those allegations, it is counsel's opinion that the allegations themselves give rise to a conflict within the meaning of Rules 1.7(a)(2) and 1.10(a) of the North Carolina Rules of Professional Conduct.

WHEREFORE, the Office of the Federal Public Defender moves for an order allowing it leave to withdraw as counsel of record for the Petitioner, and directing that new counsel be appointed. A proposed order is attached.

Respectfully submitted this the 21st day of February, 2013.

                        LOUIS C. ALLEN III
                        FEDERAL PUBLIC DEFENDER

                        /s/ Eric D. Placke
                        ERIC D. PLACKE
                        Assistant Federal Public Defender
                        Arkansas State Bar No. 86207
                        North Carolina State Bar No. 20671
                        301 North Elm Street, Suite 410
                        Greensboro, NC 27401
                        Eric_Placke@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I electronically filed the foregoing Motion to Withdraw as Counsel of Record with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Terry M. Meinecke
    Assistant United States Attorney
    101 South Edgeworth Street
    Greensboro, NC 27401

I further certify that on February 21, 2013, I mailed a copy of the foregoing Motion to Withdraw as Counsel of Record to the following non-CM/ECF participant:

    Mr. Jerry Ward
    Reg. No. 25352-057
    FCI Ashland
    Federal Correctional Institution
    P.O. Box 6000
    Ashland, KY 41105

Respectfully submitted,

    /s/ Eric D. Placke
    ERIC D. PLACKE
    Assistant Federal Public Defender